# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| KASTELLO DEMARCUS VAUGHAN, AIS # 00263279, | ) ) ) |
| Petitioner, | ) ) |
| vs. | )   CIVIL ACTION NO. 22-0390-CG-B ) |
| ROLANDA CALLOWAY, | ) ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 5) made under 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. GenLR 72(a)(2)(R), and dated March 29, 2023, is **ADOPTED** as the opinion of the Court.

**DONE** and **ORDERED** this the 25th day of April, 2023.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE