# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KASTELLO DEMARCUS VAUGHAN,** <br> **AIS # 00263279,** <br><br> Petitioner, <br><br> vs. <br><br> **ROLANDA CALLOWAY,** <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) **CIVIL ACTION NO. 22-0390-CG-B** <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDER, ADJUDGED**, and **DECREED** that Ms. McNutt's habeas action on behalf of inmate Vaughan is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**DONE** and **ORDERED** this the 25th day of April, 2023.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE